UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN DONEL,<br><br>　　　　　　　　　Defendant. | Case No. 2:16-cv-00176-JCM-PAL<br><br>ORDER |

This matter is before the court's review of the docket in this case. Plaintiff filed the Complaint (Dkt. #1) on January 29, 2016. Defendant Benjamin Donel ("Donel"), pro se, filed an Answer (Dkt. #10) May 25, 2016. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Donel shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Donel must promptly file a supplemental notice upon any change in the information contained in the notice.

Accordingly,

**IT IS ORDERED** that Donel shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than July 12, 2016.** Failure

///

///

1  to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 21st day of June, 2016.

_____<br>
PEGGY A. LEEN<br>
UNITED STATES MAGISTRATE JUDGE

2